AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1703(b) - Delay or Destruction of mail or newspapers (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: 1 year imprisonment; $100,000 fine; $25 special assessment; 1 year of supervised release; 5 years probation

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

WALTER J. WILLIAMS

DISTRICT COURT NUMBER

CR08-493 WDB

*FILED JUL 28 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
United States Post Office

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Joseph P. Russoniello
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Maureen C. Bessette

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☒ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: August, 13 2008    Before Judge: Brazil

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332) E-filing
United States Attorney

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WALTER J. WILLIAMS,<br><br>　　　　Defendant. | No. CR 08-493 WDB<br><br>VIOLATION: 18 U.S.C. § 1703(b) - Delay and Destruction of Mail (Class A Misdemeanor)<br><br>OAKLAND VENUE |

### INFORMATION

The United States Attorney charges:

In approximately January, 2008, in the Northern District of California, the defendant,

WALTER J. WILLIAMS,

did knowingly open and destroy, without authority, mail not directed to him, in violation of Title

///
///
///
///
///
///

INFORMATION

1  | 18, United States Code, Section 1703(b), a Class A Misdemeanor.

2  | DATED: July 10, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ W. Douglas Sprague*

W. DOUGLAS SPRAGUE
Assistant United States Attorney
Chief, Oakland Branch

(Approved as to form: */s/ Maureen Bessette*
MAUREEN BESSETTE
Assistant United States Attorney

INFORMATION                                        -2-