JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Chief, Oakland Branch

MAUREEN BESSETTE (NYSBN 246854)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   Email: Maureen.Bessette@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>    Plaintiff,  <br>    v.  <br>WALTER J. WILLIAMS,  <br>    Defendant. | Case No. CR 08 - 00493 WDB  <br><br>**MOTION FOR SUMMONS** |

    Based on the facts set forth in the Declaration of Joshua M. Fryday in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Walter J. Williams. The facts set forth in the declaration demonstrate that probable

///
///
///
///
///
///
///
///

MOTION FOR SUMMONS

cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

Dated: 7/10/08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

MAUREEN BESSETTE
Assistant United States Attorney

MOTION FOR SUMMONS

-2-

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN202121)
   Chief, Oakland Branch
4
   MAUREEN BESSETTE (NYSBN 246854)
   Assistant United States Attorney
5
6  1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3691
7  Fax: (510) 637-3724
   Email: Maureen.Bessette@usdoj.gov
8
   Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   Case No. CR 08 - 00493 WDB
                                       )
14         Plaintiff,                  )
                                       )   DECLARATION OF JOSHUA M.
15    v.                               )   FRYDAY IN SUPPORT OF UNITED
                                       )   STATES' MOTION FOR SUMMONS
16 WALTER J. WILLIAMS,                 )
                                       )
17                                     )
           Defendant.                  )
18 _____

19
   I, Joshua M. Fryday, hereby declare as follows:
20
   1. I am Law Clerk assigned to this case. I have received the following information from
21
   agents employed by the United States Postal Service (USPS) and from reports and other
22
   documents provided to me by the USPS.
23
   2. On January 29th, 2008, Denise Pace, Manager Customer Services, USPS, provided the
24
   Reporting Agent (RA) with thirty-nine pieces of undelivered and rifled mail. All pieces were
25
   addressed to or from customers on route 309 (the defendant's Route). The pieces were
26
   discovered by carriers on route 309. On January 29th, 2008, the RA interviewed one of the
27
   carriers who had discovered the mail and learned that on January 18th, 2008, while delivering
28

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

| | |
|---|---|
| 1 | mail on route 309, the carrier had cleaned out three mailboxes at various points along the route |
| 2 | and discovered thirty-three pieces of undelivered and rifled mail pieces. |

3. On February 4th, 2008, a Special Agent with USPS interviewed Walter Williams about the discovered mail. Williams confessed to rifling an estimated thirty to forty pieces of mail, which contained between $150 and $200 in cash and approximately five Safeway gift cards, valued at $10 each. In addition, Williams confessed to rifling one video game. Williams denied stealing any checks, credit cards, or other items of value from the mail.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed July 10, 2008 at Oakland, California.

DATED: 7-10-08

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
JOSHUA M. FRYDAY
Law Clerk
United States Attorney's Office

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS

-2-

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER J. WILLIAMS,<br><br>    Defendant. | Case No. CR 08-00493 WDB<br><br>**[PROPOSED] ORDER FOR SUMMONS** |

Having reviewed the Declaration of Joshua M. Fryday, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Walter J. Williams, to appear on August 13, 2008 at 10:00 am before Magistrate Judge Wayne D. Brazil to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: _____          _____
                                WAYNE D. BRAZIL
                                United States Magistrate Judge

ORDER FOR SUMMONS